**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JEREMY KENNEDY**  **PETITIONER**
**ADC #093061**

**v.**  **Case No: 4:25-cv-00475-LPR**

**DEXTER PAYNE**  **RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 15) and the Petitioner's Objections (Docs. 16). After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, the Petition for Writ of Habeas Corpus (Doc. 2) is DISMISSED with prejudice. A certificate of appealability will not issue. The Clerk is instructed to close this case.

IT IS SO ORDERED this 20th day of April 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE